

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CONFEDERATED SALISH AND KOOTENAI TRIBES,<br><br>Plaintiffs,<br><br>v.<br><br>LAKE COUNTY BOARD OF COMMISSIONERS; and LORI LUNDEEN,<br><br>Defendants. | CV 19–90–M–DLC<br><br>ORDER |

Before the Court are Defendant Lake County Board of Commissioner's Unopposed Motions for Admission *Pro Hac Vice* of Deana Bennett, Spencer Edelman, and Luke Holmen. (Docs. 7, 8, & 9.) The application of each attorney appears to be in order.

Accordingly, IT IS ORDERED that Defendant's motions to admit Deana Bennett, Spencer Edelman, and Luke Holman *pro hac vice* (Docs. 7, 8, & 9) are GRANTED on the condition that Ms. Bennett, Mr. Edelman, and Mr. Holman shall do his or her own work. This means that each attorney must (1) do his or her own writing, (2) sign his or her own pleadings, motions, and briefs, and (3) appear and participate personally. Counsel shall take steps to register in the Court's

1

electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Bennett, Mr. Edelman, and Mr. Holman, within fifteen (15) days of the date of this Order, files a pleading acknowledging his or her admission under the terms set forth above.

DATED this 10th day of June, 2019.

Dana L. Christensen, Chief Judge
United States District Court