IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

CONFEDERATED SALISH AND KOOTENAI TRIBES,

    Plaintiff/Counterdefendant,

v.

LAKE COUNTY BOARD OF COMMISSIONERS; and LORI LUNDEEN,

    Defendants/Counterclaimants.

CV 19–90–M–DLC

ORDER

Before the Court is Defendant and Counterclaimant Lake County Board of Commissioners' Emergency Motion for Expedited Discovery prior to Preliminary Injunction Hearing. (Doc. 30.)

IT IS ORDERED that the motion (Doc. 30) is DENIED. The Court has determined that the dispute between the parties is primarily legal in nature and that expedited factual discovery is unnecessary for resolution of the County's pending motion for a preliminary injunction.

DATED this 9th day of July, 2019.

Dana L. Christensen, Chief District Judge
United States District Court