UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CONFEDERATED SALISH AND KOOTENAI TRIBES,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>LAKE COUNTY BOARD OF COMMISSIONERS, et al.,<br><br>　　　　　　　Defendants. | Case No. CV-19-90-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

　　**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**　X　　Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

　　IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff and against Defendants in accordance with the Order issued on today's date.

　　Dated this 16th day of April, 2020.



　　　　　　　　　　　　　　TYLER P. GILMAN, CLERK

　　　　　　　　　　　　　　By: /s/ A.S. Goodwin
　　　　　　　　　　　　　　A.S. Goodwin, Deputy Clerk